JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE OZELL PITTMAN JR., <br> Petitioner, <br> v. <br> BRIAN CATES, Warden, <br> Respondent. | Case No. 2:22-cv-06937-PSG-SP <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: 9/28/23

HONORABLE PHILLIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE